AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nassau County Sheriff's Office
Sheriff Bill Leeper [in his official capacity]
77151 Citizens Circle, Yulee, FL 32097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| GIOVANIEL SOTO-VALENTIN | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-01032-WWB-LLL |
| Nassau County Sheriff's Office et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Beverly D. Collins
76347 Veterans Way, Suite 2105, Yulee, FL 32097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Melissa W. Nelson
[in her official capacity as State Attorney]
76347 Veterans Way, Suite 2105, Yulee, FL 32097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective Christina Corbitt
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GIOVANIEL SOTO-VALENTIN <br><br> *Plaintiff(s)* <br> v. <br> Nassau County Sheriff's Office et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-01032-WWB-LLL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Captain Freddie Peake
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer J.E. Ennis, Jr #1812
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GIOVANIEL SOTO-VALENTIN <br><br> *Plaintiff(s)* <br> v. <br> Nassau County Sheriff's Office et al <br><br> *Defendant(s)* | Civil Action No. 25-01032-WWB-LLL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Officer M.S. Mazuryk #327
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Detective S. Moreno #259
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GIOVANIEL SOTO-VALENTIN <br><br> *Plaintiff(s)* <br> v. <br> Nassau County Sheriff's Office et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-01032-WWB-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Jason E. Smith
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

GIOVANIEL SOTO-VALENTIN

*Plaintiff(s)*

v.

Nassau County Sheriff's Office et al

*Defendant(s)*

Civil Action No. 25-01032-WWB-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Detective M. Arseneau
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GIOVANIEL SOTO-VALENTIN <br><br> *Plaintiff(s)* <br> v. <br> Nassau County Sheriff's Office et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-01032-WWB-LLL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jennifer L. Eatmon
FDLE – Jacksonville Regional Laboratory (JROC),
921 N. Davis St., Building E, Jacksonville, FL 32209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| GIOVANIEL SOTO-VALENTIN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 25-01032-WWB-LLL | |
| Nassau County Sheriff's Office et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Fernandina Beach
City Clerk (Caroline Best)
City Hall, 204 Ash Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| GIOVANIEL SOTO-VALENTIN | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-01032-WWB-LLL |
| Nassau County Sheriff's Office et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chief Mark Foxworth
Fernandina Beach Police Department (FBPD),
1525 Lime Street, Fernandina Beach, FL 32034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edwin J. Prado-Galarza
111 N. Orange Ave.
Orlando, FL 32801
407-420-7926
pradolaw10@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date: September 12, 2025

*Signature of Clerk or Deputy Clerk*